90 A.3d 699

**In re Nomination Petitions of Robert MELENDEZ, Candidate in the Democratic Primary for the 127th State Legislative District.**

**Appeal of Robert Melendez.**

Supreme Court of Pennsylvania.

Submitted April 11, 2014.

Decided April 25, 2014.

***ORDER***

PER CURIAM.

**AND NOW,** this 25th day of April, 2014, the order of the Commonwealth Court is **AFFIRMED.**